J S - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAVIER MENDOZA DIAZ, et al.,

Petitioner,

v.

PATRICK J. LECHLEITER, et al.,

Respondents.

Case No. 5:25-cv-03173-SSS-BFM

**JUDGMENT**

Pursuant to the Order Granting Petitioners' Habeas Petition, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Count One regarding Respondents' violation of the INA; and Count Two in the Petition is accordingly denied as moot, based on the relief afforded on Count One. The Clerk's Office shall close this case.

DATED: January 23, 2026

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE